**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | | |
|---|---|---|
| In re: ROMERO, GEORGE | § | Case No. 09-27114-BAM |
| ROMERO, DEVON L | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 14, 2009. The undersigned trustee was appointed on September 14, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      7,889.67

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1] | $      7,889.67 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 10/04/2010 and the deadline for filing governmental claims was 10/04/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $888.90.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $888.90, for a total compensation of $888.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $162.84, for total expenses of $162.84.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/06/2011            By:/s/James F. Lisowski, Sr.,  Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-27114-BAM  
**Case Name:** ROMERO, GEORGE  
ROMERO, DEVON L  
**Period Ending:** 01/06/11

**Trustee:** (480230)  James F. Lisowski, Sr., Trustee  
**Filed (f) or Converted (c):** 09/14/09 (f)  
**§341(a) Meeting Date:** 10/23/09  
**Claims Bar Date:** 10/04/10

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence located at 815 Melic Way, Vegas, NV 89<br>No value to estate. | 200,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking & Savings accounts at Bank of America,<br>No value to estate. | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc furniture, furnishings, small appliances, T<br>No value to estate. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc Clothing owned by debtors at debtors' resid<br>No value to estate. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc jewelry owned by debtors and in debtors' po<br>No value to estate. | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding bands in debtors' possession.<br>No value to estate. | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Star semi-auto 9mm Model BM<br>No value to estate. | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 Chevrolet Tahoe approx 80k miles<br>No value to estate. | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Chevy S-10 approx 120k miles<br>No value to estate. | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Accrued portion of 2009 Tax Refund between Janua<br>No value to estate. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Earned Income Credit 2009<br>No value to estate. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Husband's 2009 Refund  (u)<br>Asset | 2,541.61 | 1,541.61 | | 789.57 | FA |
| 13 | Wife's 2009 Refund  (u) | 5,346.63 | 4,346.63 | | 2,764.61 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.43 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$225,788.24** | **$5,888.24** | | **$3,555.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TFR by USTO

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-27114-BAM
**Case Name:** ROMERO, GEORGE
ROMERO, DEVON L
**Period Ending:** 01/06/11

**Trustee:** (480230)  James F. Lisowski, Sr., Trustee
**Filed (f) or Converted (c):** 09/14/09 (f)
**§341(a) Meeting Date:** 10/23/09
**Claims Bar Date:** 10/04/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   October 23, 2011       **Current Projected Date Of Final Report (TFR):**   January 6, 2011  (Actual)

Printed: 01/06/2011 01:39 PM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-27114-BAM | | Trustee: | James F. Lisowski, Sr., Trustee (480230) |
|---|---|---|---|---|
| Case Name: | ROMERO, GEORGE | | Bank Name: | The Bank of New York Mellon |
| | ROMERO, DEVON L | | Account: | 9200-38912862-65 - Money Market Account |
| Taxpayer ID #: | 38-6918042 | | Blanket Bond: | $7,100,000.00   (per case limit) |
| Period Ending: | 01/06/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/07/10 | | Devon CK# 93805277 US Treasury | 2009 Tax refund | | 5,346.63 | | 5,346.63 |
| | {13} | | 2,764.61 | 1224-000 | | | 5,346.63 |
| | | | Refund debtor's portion   2,582.02 of refund. | 1124-000 | | | 5,346.63 |
| 06/07/10 | | George CK# 93805300 US Treasury | 2009 Tax refund | | 2,541.61 | | 7,888.24 |
| | {12} | | 789.57 | 1124-000 | | | 7,888.24 |
| | | | Return debtor's portion of   1,752.04 refund. | 1124-000 | | | 7,888.24 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.25 | | 7,888.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 7,888.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 7,889.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,889.48 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,889.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,889.60 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,889.66 |
| 01/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.01 | | 7,889.67 |
| 01/06/11 | | To Account #92003891286266 | | 9999-000 | | ! 7,889.67 | 0.00 |

|  |  | ACCOUNT TOTALS | 7,889.67 | 7,889.67 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 7,889.67 | |
|  | Subtotal | | 7,889.67 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $7,889.67 | $0.00 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 01/06/2011 01:39 PM     V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-27114-BAM  
**Case Name:** ROMERO, GEORGE  
ROMERO, DEVON L  
**Taxpayer ID #:** 38-6918042  
**Period Ending:** 01/06/11

**Trustee:** James F. Lisowski, Sr., Trustee (480230)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-38912862-66 - Checking Account  
**Blanket Bond:** $7,100,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/11 | | From Account #92003891286265 | | 9999-000 | ! 7,889.67 | | 7,889.67 |
| | | | **ACCOUNT TOTALS** | | 7,889.67 | 0.00 | **$7,889.67** |
| | | | Less: Bank Transfers | | 7,889.67 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-38912862-65 | 7,889.67 | 0.00 | 0.00 |
| Checking # 9200-38912862-66 | 0.00 | 0.00 | 7,889.67 |
| | $7,889.67 | $0.00 | $7,889.67 |

# Claims Register

Case:  09-27114-BAM    ROMERO, GEORGE

Claims Bar Date:  10/04/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | James F. Lisowski, Sr.,  Trustee<br>P.O. Box 95695<br>Las Vegas, NV 89193<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>09/14/09 |  | $888.90<br>$888.90 | $0.00 | $888.90 |
|  | James F. Lisowski, Sr.,  Trustee<br>P.O. Box 95695<br>Las Vegas, NV 89193<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>09/14/09 |  | $162.84<br>$162.84 | $0.00 | $162.84 |
| 1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK,C/O RESURGENT CAPITAL SERVICES,PO BOX 19008<br>GREENVILLE, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/03/09 |  | $9,046.77<br>$9,046.77 | $0.00 | $9,046.77 |
| 2 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/09 |  | $14,603.12<br>$14,603.12 | $0.00 | $14,603.12 |
| 3 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/28/09 |  | $2,220.02<br>$2,220.02 | $0.00 | $2,220.02 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/10 |  | $13,587.64<br>$13,587.64 | $0.00 | $13,587.64 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/10 |  | $9,339.82<br>$9,339.82 | $0.00 | $9,339.82 |

# Claims Register

### Case: 09-27114-BAM    ROMERO, GEORGE

Claims Bar Date: 10/04/10

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | US BANK N.A. <br> P.O. BOX 5229 <br> CINCINNATI, OH 45201 <br> \<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured <br> 08/27/10 | | $26,794.92 <br> $26,794.92 | $0.00 | $26,794.92 |
| 7 | CAPITAL RECOVERY III LLC <br> C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT <br> 25 SE 2ND AVENUE SUITE 1120 <br> MIAMI, FL 33131-1605 <br> \<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured <br> 09/02/10 | | $4,397.63 <br> $4,397.63 | $0.00 | $4,397.63 |
| 8 | CHASE BANK USA NA <br> PO BOX 15145 <br> WILMINGTON, DE 19850-5145 <br> \<7100-00   General Unsecured § 726(a)(2)\>,  610 | Unsecured <br> 09/22/10 | | $2,973.48 <br> $2,973.48 | $0.00 | $2,973.48 |
| GR | George Romero <br> 5005 Losee Road <br> #1032 <br> North Las Vegas, NV 89081 <br> \<8500-00   Funds Paid to Third Parties\>,  201 | Unsecured <br> 09/14/09 | Return debtor's portion of refund. | $1,752.04 <br> $1,752.04 | $0.00 | $1,752.04 |
| DLR | Devon L. Romero <br> 4370 S. Grand Canyon Dr. <br> Apt. 1091 <br> Las Vegas, NV 89147-7113 <br> \<8500-00   Funds Paid to Third Parties\>,  201 | Unsecured <br> 09/14/09 | Return debtor's portion of refund. | $2,582.02 <br> $2,582.02 | $0.00 | $2,582.02 |
| | | | **Case Total:** | | **$0.00** | **$88,349.20** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-27114-BAM
Case Name: ROMERO, GEORGE
Trustee Name: James F. Lisowski, Sr., Trustee

**Balance on hand:** $ 7,889.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,889.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - James F. Lisowski, Sr., Trustee | 888.90 | 0.00 | 888.90 |
| Trustee, Expenses - James F. Lisowski, Sr., Trustee | 162.84 | 0.00 | 162.84 |

Total to be paid for chapter 7 administration expenses: $ 1,051.74
Remaining balance: $ 6,837.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,837.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,837.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 82,963.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 9,046.77 | 0.00 | 273.04 |
| 2 | CAPITAL ONE BANK USA, N.A. | 14,603.12 | 0.00 | 440.73 |
| 3 | DISCOVER BANK | 2,220.02 | 0.00 | 67.00 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 13,587.64 | 0.00 | 410.08 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 9,339.82 | 0.00 | 281.88 |
| 6 | US BANK N.A. | 26,794.92 | 0.00 | 808.68 |
| 7 | CAPITAL RECOVERY III LLC | 4,397.63 | 0.00 | 132.72 |
| 8 | CHASE BANK USA NA | 2,973.48 | 0.00 | 89.74 |

Total to be paid for timely general unsecured claims:     $     2,503.87
Remaining balance:     $     4,334.06

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     4,334.06

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 4,334.06 |

**UST Form 101-7-TFR (10/1/2010)**