1

**JAMES F. LISOWSKI, SR.,**
**Panel Bankruptcy Trustee**
**Nevada Bar No.: 4321**
**P.O. Box 95695**
**Las Vegas, NV 89193**
**(702) 737-6111**

RECEIVED & FILED

JUL 21   11 11 AM '11

U.S. BANKRUPTCY COURT
MARY SCHOTT, CLERK

2

3

4

### UNITED STATES BANKRUPTCY COURT

5

### FOR THE DISTRICT OF NEVADA

6

In re:                                        ) **CASE NO.: BK-S-09-27114 BAM**
**GEORGE ROMERO**                  ) **Chapter 7 -- Liquidation**
**DEVON ROMERO**                     )
                                                   )
                                                   )
                                                   )
**Address:**                                 )
    **5005 LOSEE ROAD #1032**   )
    **NORTH LAS VEGAS, NV 89081**   ) **Hearing Date: N/A**
                                                   ) **Hearing Time: N/A**

7

8

9

10

11

TO: Clerk, United States Bankruptcy Court

12

FROM: James F. Lisowski, Sr., Trustee

13

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

14

15

16

| Claim No. | Creditor<br>Name / Address | Dividend |
|---|---|---|
| GR | George Romero<br>5005 Losee Road, #1032<br>North Las Vegas, NV 89081 | 1,752.04 |

17

18

19

                                      **TOTAL:**   $    **1,752.04**

20

Dated: 7/20/11

21

James F. Lisowski, Sr., Trustee

22

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

23

24

25

26

27

28

rcpt # 203060      $ 1752.04